ACCEPTED
12-14-00363-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/11/2015 5:03:10 PM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/11/2015 5:03:10 PM
PAM ESTES
Clerk

September 11, 2015

Cathy Lusk
Clerk of The Court
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE:   Jason Reese v. State
>        Appeal Number:   12-14-00363-CR
>        Trial Number:   007-1254-14
>        Smith County

Dear Mrs. Lusk:

In accordance with Rule 48.4, I certify that I sent a copy of this Court's Judgment to Jason Reese at his last known address. The attached copy of the green certified return receipt card is enclosed. This judgment was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,


James W. Huggler, Jr.

JWH:ag

Enclosure:   Return Receipt Card
             Return Envelope

CC:          Michael West
             Smith County District Attorney's Office

             Client

---

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *Jason Claire Reese*
Street, Apt. No.; or PO Box No. *Smith Co. Jail - 206 E Elm St*
City, State, ZIP+4 *Tyler TX 75702*

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 4405 3934

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JASON REESE
SMITH COUNTY JAIL
206 E. ELM ST.
TYLER, TX 75702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) *D. Rawes*
C. Date of Delivery *4-8-15*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7013 2630 0000 4405 3934

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540